**Order entered November 18, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00972-CR
### No. 05-20-00973-CR

### DAMON EVANS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause Nos. F20-51047-I & F20-51046-I

### ORDER

Appellant has filed a notice of appeal seeking review of the trial court's order denying bail pending appeal. This is an accelerated appeal governed by Texas Rule of Appellate Procedure 31. The clerk's record in cause no. 05-20-00973-CR and the reporter's record have been filed.

We **ORDER** the Dallas County District Clerk to file the clerk's record in cause no. 05-20-00972-CR (trial court cause no. F20-51047-I) by **December 3, 2020**.

We **ORDER** appellant's brief filed by **December 18, 2020**. We **ORDER** the State to file its brief by **January 4, 2021**. The Court will notify the parties of the submission date and panel by letter.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/    BILL PEDERSEN, III
       JUSTICE